IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
SEP 20 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Felicia Ridgeway,
_____,
Plaintiff

-vs-

FBI, 'Lakeside'
Warrensville Hts. School
Guardian records transprist 28
_____, records
Defendant(s)

CASE NO. 1:21 CV 1797

JUDGE JUDGE OLIVER

COMPLAINT